THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SAMUEL HILL, JR., Defendant-Appellant.

(No. 56899; 

First District (2nd Division)—July 5, 1973.

PER CURIAM.
DOWNING, J., took no part.

No appearance for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.